[No. 14521-2-III.   Division Three.   March 12, 1996.]

LIN LONG, ET AL., *Appellants*, v. UNITED BUILDERS
SUPPLY OF WASHINGTON, INC., *Respondent*.

Appeal from a judgment of the Superior Court for
Chelan County, No. 90-2-00458-3, John E. Bridges, J.,
entered November 7, 1994. *Dismissed* by unpublished
opinion per Sweeney, C.J., concurred in by Munson and
Schultheis, JJ.

[No. 34858-2-I.   Division One.   July 31, 1995.]

THOMAS HYDE, *Appellant*, v. U.S. BANK OF
WASHINGTON, N.A., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 92-2-26541-9, Jerome Johnson, J. Pro Tem.,
entered April 8, 1993, Steven G. Scott, J., entered Novem-
ber 15, 1993, Peter Jarvis, J., entered April 11, 1994 and
June 3, 1994. *Affirmed* by unpublished opinion per Agid,
J., concurred in by Kennedy, A.C.J., and Grosse, J.

[No. 17769-2-II.   Division Two.   October 12, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v.
FRANKLIN B. CREECH, *Appellant*.

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 93-1-00293-1, David E. Foscue, J.,
entered November 1, 1993. *Affirmed in part* and *reversed
in part* by unpublished opinion per Morgan, J., concurred
in by Houghton, A.C.J., and Cox, J.

[No. 33541-3-I.   Division One.   October 30, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. ANNE C.
DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 93-1-00554-3, John M. Darrah, J., entered
September 24, 1993. *Affirmed* by unpublished opinion per
Becker, J., concurred in by Kennedy, A.C.J., and Webster,
J.